Exhibit A

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HONOLULU FDC

TO   : ANTHONY TROY WILLIAMS, 05963-122
       HONOLULU FDC     UNT: DB     QTR: Z01-104UAD

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID        : 940907-F1
DATE RECEIVED    : MAY 15, 2018
RESPONSE DUE     : JUNE 4, 2018
SUBJECT 1        : LAW LIBRARY - ACCESS, REFERENCE MATERIALS
SUBJECT 2        :

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HONOLULU FDC

TO  : ANTHONY TROY WILLIAMS, 05963-122
      HONOLULU FDC     UNT: DB     QTR: Z01-104UAD

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 940908-F1
DATE RECEIVED   : MAY 15, 2018
RESPONSE DUE    : JUNE 4, 2018
SUBJECT 1       : OTHER SPECIAL HOUSING UNIT MATTERS
SUBJECT 2       :

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HONOLULU FDC

TO   : ANTHONY TROY WILLIAMS, 05963-122
       HONOLULU FDC     UNT: DB     QTR: Z01-104UAD

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID        : 940909-F1
DATE RECEIVED    : MAY 15, 2018
RESPONSE DUE     : JUNE 4, 2018
SUBJECT 1        : OTHER SPECIAL HOUSING UNIT MATTERS
SUBJECT 2        :

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HONOLULU FDC

TO  : ANTHONY TROY WILLIAMS, 05963-122
      HONOLULU FDC     UNT: DB    QTR: Z01-104UAD

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID        : 940910-F1
DATE RECEIVED    : MAY 15, 2018
RESPONSE DUE     : JUNE 4, 2018
SUBJECT 1        : OTHER SPECIAL HOUSING UNIT MATTERS
SUBJECT 2        :

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HONOLULU FDC

TO  : ANTHONY TROY WILLIAMS, 05963-122
      HONOLULU FDC     UNT: DB     QTR: Z01-104UAD

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 940911-F1
DATE RECEIVED   : MAY 15, 2018
RESPONSE DUE    : JUNE 4, 2018
SUBJECT 1       : OTHER SPECIAL HOUSING UNIT MATTERS
SUBJECT 2       :

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HONOLULU FDC

TO   : ANTHONY TROY WILLIAMS, 05963-122
       HONOLULU FDC     UNT: DB     QTR: Z01-104UAD

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 940912-F1
DATE RECEIVED   : MAY 15, 2018
RESPONSE DUE    : JUNE 4, 2018
SUBJECT 1       : SPECIAL/LEGAL MAIL
SUBJECT 2       :

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HONOLULU FDC

TO   : ANTHONY TROY WILLIAMS, 05963-122
       HONOLULU FDC     UNT: DB     QTR: Z01-104UAD

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID      : 940913-F1
DATE RECEIVED  : MAY 15, 2018
RESPONSE DUE   : JUNE 4, 2018
SUBJECT 1      : OTHER SPECIAL HOUSING UNIT MATTERS
SUBJECT 2      :

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HONOLULU FDC

TO  : ANTHONY TROY WILLIAMS, 05963-122
      HONOLULU FDC     UNT: DB     QTR: Z01-104UAD

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 940914-F1
DATE RECEIVED   : MAY 15, 2018
RESPONSE DUE    : JUNE 4, 2018
SUBJECT 1       : SPECIAL/LEGAL MAIL
SUBJECT 2       :

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
HONOLULU FDC

TO   : ANTHONY TROY WILLIAMS, 05963-122
HONOLULU FDC     UNT: DB     QTR: Z01-104UAD

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 940915-F1
DATE RECEIVED   : MAY 15, 2018
RESPONSE DUE    : JUNE 4, 2018
SUBJECT 1       : OTHER SPECIAL HOUSING UNIT MATTERS
SUBJECT 2       :

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HONOLULU FDC

TO  : ANTHONY TROY WILLIAMS, 05963-122
      HONOLULU FDC      UNT: DB      QTR: Z01-104UAD

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID      : 940916-F1
DATE RECEIVED  : MAY 15, 2018
RESPONSE DUE   : JUNE 4, 2018
SUBJECT 1      : ADMINISTRATIVE DETENTION - PLACEMENT, REVIEWS, RELEASE
SUBJECT 2      :