Exhibit B

```
            EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY




DATE: JUNE 1, 2018




FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HONOLULU FDC

TO  : ANTHONY TROY WILLIAMS, 05963-122
      HONOLULU FDC    UNT: DB    QTR: Z01-102LAD




ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.


REMEDY ID       : 940907-F1
DATE RECEIVED   : MAY 15, 2018
RESPONSE DUE    : JUNE 24, 2018
SUBJECT 1       : LAW LIBRARY - ACCESS, REFERENCE MATERIALS
SUBJECT 2       :
```

```
            EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY


DATE: JUNE 1, 2018



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HONOLULU FDC

TO  : ANTHONY TROY WILLIAMS, 05963-122
      HONOLULU FDC    UNT: DB    QTR: Z01-102LAD



ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.


REMEDY ID       : 940908-F1
DATE RECEIVED   : MAY 15, 2018
RESPONSE DUE    : JUNE 24, 2018
SUBJECT 1       : OTHER SPECIAL HOUSING UNIT MATTERS
SUBJECT 2       :
```

```
            EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY



DATE: JUNE 1, 2018



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HONOLULU FDC

TO  : ANTHONY TROY WILLIAMS, 05963-122
      HONOLULU FDC    UNT: DB    QTR: Z01-102LAD


ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.


REMEDY ID        : 940909-F1
DATE RECEIVED    : MAY 15, 2018
RESPONSE DUE     : JUNE 24, 2018
SUBJECT 1        : OTHER SPECIAL HOUSING UNIT MATTERS
SUBJECT 2        :
```

```
               EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY




DATE: JUNE 1, 2018




FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HONOLULU FDC

TO  : ANTHONY TROY WILLIAMS, 05963-122
      HONOLULU FDC     UNT: DB    QTR: Z01-102LAD



ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.


REMEDY ID       : 940910-F1
DATE RECEIVED   : MAY 15, 2018
RESPONSE DUE    : JUNE 24, 2018
SUBJECT 1       : OTHER SPECIAL HOUSING UNIT MATTERS
SUBJECT 2       :
```

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: JUNE 1, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HONOLULU FDC

TO  : ANTHONY TROY WILLIAMS, 05963-122
      HONOLULU FDC    UNT: DB    QTR: Z01-102LAD

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

```
REMEDY ID        : 940911-F1
DATE RECEIVED    : MAY 15, 2018
RESPONSE DUE     : JUNE 24, 2018
SUBJECT 1        : OTHER SPECIAL HOUSING UNIT MATTERS
SUBJECT 2        :
```

```
             EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY




DATE: JUNE 1, 2018




FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HONOLULU FDC

TO  : ANTHONY TROY WILLIAMS, 05963-122
      HONOLULU FDC    UNT: DB    QTR: Z01-102LAD



ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.


REMEDY ID       : 940912-F1
DATE RECEIVED   : MAY 15, 2018
RESPONSE DUE    : JUNE 24, 2018
SUBJECT 1       : SPECIAL/LEGAL MAIL
SUBJECT 2       :
```

```
           EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY




DATE: JUNE 1, 2018




FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HONOLULU FDC

TO  : ANTHONY TROY WILLIAMS, 05963-122
      HONOLULU FDC    UNT: DB    QTR: Z01-102LAD




ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.


REMEDY ID       : 940913-F1
DATE RECEIVED   : MAY 15, 2018
RESPONSE DUE    : JUNE 24, 2018
SUBJECT 1       : OTHER SPECIAL HOUSING UNIT MATTERS
SUBJECT 2       :
```

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: JUNE 1, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HONOLULU FDC

TO  : ANTHONY TROY WILLIAMS, 05963-122
      HONOLULU FDC    UNT: DB    QTR: Z01-102LAD

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

```
REMEDY ID       : 940914-F1
DATE RECEIVED   : MAY 15, 2018
RESPONSE DUE    : JUNE 24, 2018
SUBJECT 1       : SPECIAL/LEGAL MAIL
SUBJECT 2       :
```

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: JUNE 1, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HONOLULU FDC

TO  : ANTHONY TROY WILLIAMS, 05963-122
      HONOLULU FDC    UNT: DB    QTR: Z01-102LAD

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 940915-F1
DATE RECEIVED   : MAY 15, 2018
RESPONSE DUE    : JUNE 24, 2018
SUBJECT 1       : OTHER SPECIAL HOUSING UNIT MATTERS
SUBJECT 2       :

```
              EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY




DATE: JUNE 1, 2018




FROM: ADMINISTRATIVE REMEDY COORDINATOR
      HONOLULU FDC

TO  : ANTHONY TROY WILLIAMS, 05963-122
      HONOLULU FDC    UNT: DB    QTR: Z01-102LAD



ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.


REMEDY ID        : 940916-F1
DATE RECEIVED    : MAY 15, 2018
RESPONSE DUE     : JUNE 24, 2018
SUBJECT 1        : ADMINISTRATIVE DETENTION - PLACEMENT, REVIEWS, RELEASE
SUBJECT 2        :
```