ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 05 2018

at 2 o'clock and 25 min. P M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

Anthony Williams, on behalf of himself
and all inmates housed in FDC Honolulu

Plaintiff,

v.

Warden Kobayashi, Kyle Olsen,
Annelizabeth Card, Jeffrey Dixon,
Federal Detention Center, Honolulu, Federal
Bureau of Prisons,

Defendants.

Civil Action No.

**CV18 00336 DKW RLP**

Declaration In Support of Motion
To Proceed In forma Pauperis

## DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Anthony Williams, petitioner/plaintiff, state that I have already been declared indigent by this court in case No. 17-00101 LEK and therefore I request to proceed without being required to prepay fees or costs or give security therefore and I believe that I am entitled to redress.

Respectfully submitted,

Anthony Williams
Anthony Williams
FDC Honolulu - #05963-122
P.O. Box 30080
Honolulu, Hawaii 96820