```
DUPLICATE

Court Name: U.S DISTRICT COURT HAWAII
Division: 1
Receipt Number: HI024869
Cashier ID: ls
Transaction Date: 09/28/2018
Payer Name: ANTHONY WILLIAMS
--------------------------------
CIVIL FILING FEE
 For: ANTHONY WILLIAMS
 Case/Party: D-HIX-1-18-CV-000336-001
 Amount:      $400.00
--------------------------------
CASH
 Amt Tendered:  $400.00
--------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:      $0.00

$400.00 CASH PAID ON BEHALF OF
PLAINTIFF ANTHONY WILLIAMS

CV-18-00336-001-DKW-RLP


A FEE OF $53.00 WILL BE CHARGED FOR
ANY RETURNED CHECK.
```

CV-18-00336-1-DKW-RLP

Civil Filing Fee

LRS
9/28/18