Darnell Stinnette #10180-122
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820
Return Receipt Requested



LEGAL MAIL

UNITED STATES DISTRICT COURT
300 ALA MOANA BLVD, C-338
Honolulu, HI 96850

