AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY TROY WILLIAMS, FED. #05963-122<br><br>        Plaintiff,<br><br>        V.<br><br>HIROMICHI KOBAYASHI, Warden; ANN ELIZABETH CARD, Associate Warden; KYLE OLSEN, Associate Warden; JEFFREY DIXON, Captain<br><br>        Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 18-00336 DKW-RLP<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>March 6, 2019<br><br>At 12 o'clock and 30 min p.m.<br>SUE BEITIA, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendants and against the Plaintiff and the Complaint and this action are dismissed with prejudice, pursuant to the "Order Dismissing Complaint With Leave to Amend", filed October 22, 2018, ECF No. 5, the "Order Dismissing First Amended Complaint With Leave to Amend", filed January 3, 2019, ECF No. 7 and the "Dismissal Order", filed March 6, 2019, ECF No. 8.  Plaintiff is notified that this dismissal may later count as a strike under 28 U.S.C. § 1915(g).

|                               |                                     |
|-------------------------------|-------------------------------------|
|      March 6, 2019            |           SUE BEITIA                |
| Date                          | Clerk                               |
|                               |                                     |
|                               | /s/ Sue Beitia by ET                |
|                               | (By) Deputy Clerk                   |